ACCEPTED
01-13-00894
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 1:57:47 PM
CHRISTOPHER PRINI
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FIRST COURT OF APPEALS DISTRICT**
**Nos. 01-13-00894-CR & 01-13-00895-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 1:57:47 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **JULIO ALVARADO**<br>Appellant, | §<br>§<br>§ | |
| V. | §<br>§ | On Appeal From the 232th<br>District Court of Harris County<br>Trial Cause Numbers 1325689 & |
| **THE STATE OF TEXAS**<br>Appellee | §<br>§<br>§ | 1325690 |

### APPELLANT'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Julio Alvarado, Appellant in the above cause, would respectfully request that the Court grant his motion to extend the time to file his brief. In support of said motion, Appellant would show unto the Court the following:

I.

This appeal lies from Appellant's convictions in *The State of Texas v. Julio Alvarado,* cause numbers 1325689 and 1325690 in the 232th District Court of Harris County, Texas. The Appellant was charged by indictment with two counts of aggravated sexual assault of a child on November 2, 2011. The Appellant was found guilty on September 30, 2013, following a jury trial. The Appellant was sentenced to five (5) and six (6), to be served concurrently, years confinement in the Texas Department of Corrections. This appeal was abated on August 27, 2014 to determine the identity of Appellant's counsel. The trial court determined Cory Roth is Appellant's counsel. This appeal was reinstated after abatement on

September 18, 2014. This Honorable Court granted Appellant an extension to turn in his brief on November 19, 2014.

## II.

Appellant's attorney of record has not been able to timely file the brief for the following reasons since the first extension was granted:

1.    Working on various cases preparing for trial.

## III.

An extension of time is necessary so that the brief can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Brief in the above cause and extend the time for filing the brief for thirty (30) days.

Respectfully submitted,

 _/s/ Cory Roth_____
Cory Roth
State Bar No. 24088337
Cory Roth Law Office
4306 Yoakum Boulevard, Suite 240
Houston, Texas 77006
Phone: (713) 864-3400
Fax: (713) 864-3413
Email: CoryRothJD@gmail.com

## CERTIFICATE OF SERVICE

I certify that on January 6, 2015, a copy of the foregoing instrument has been served upon the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office.

                     /s Cory Roth
                     CORY J. ROTH